IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.   3:21-CR-0054-N |
| DANIEL REY SETTLE<br>a.k.a. "POLO" | |

# ORDER

Before the Court is Defendant Daniel Rey Settle's Motions to Dismiss (Dkts. 55, 71). The Court has reviewed the motions, the Government's Response (Dkt. 72), and the applicable law, including the considerations set forth in 18 U.S.C. § 3162(a)(2): "the seriousness of the offense; the facts and circumstances of the case which led to the dismissal; and the impact of a reprosecution on the administration of this chapter and on the administration of justice."

As the government concedes, a Speedy Trial Act violation has occurred with respect to Settle's sex-trafficking charge. However, after considering the seriousness of this offense, the facts and circumstances of this case, and the impact of reprosecution, which are described in further detail in the Government's Response (Dkt. 72), the Court finds that dismissal of the sex-trafficking charge without prejudice is appropriate.

The Court thus **GRANTS IN PART** and **DENIES IN PART** Settle's motions. The Court **GRANTS** the motions insofar as they seek dismissal of Count One of the indictment due to a violation of the Speedy Trial Act. But the Court **DENIES** the motions insofar as they seek dismissal with prejudice. The Court **ORDERS** that Count

One of the indictment and superseding indictments be **DISMISSED WITHOUT PREJUDICE**.

**SIGNED**:   November 10, 2022.

_____
**DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE**

Order—Page 2