ORIGINAL

Case 3:21-cr-00054-N   Document 79   Filed 11/15/22   Page 1 of 6   PageID 270

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 5 2022
CLERK, U.S. DISTRICT COURT
By _____ mb
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL REY SETTLE<br>a.k.a. "POLO" | NO. 3:21-CR-00054-N<br><br>**(Count Two Supersedes Count Two of the Third Superseding Indictment filed on March 29, 2022)** |

## FOURTH SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
Sex Trafficking
(Violation of 18 U.S.C. § 1591(a)(1) & (b)(1))

Beginning in or around March 2020 and continuing through on or about January 15, 2021, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Daniel Rey Settle a.k.a. "Polo,"** in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely Adult Victim 1 ("AV1"), knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause AV1 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

<u>Count Two</u>
Obstruction of an Official Proceeding
(Violation of 18 U.S.C. § 1512(c)(2))

Beginning on or about January 21, 2021, and continuing through on or about March 29, 2022, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Daniel Rey Settle a.k.a. "Polo,"** did corruptly obstruct, influence, and impede an official proceeding, and attempt to do the same, to wit: Cause No. 3:21-CR-00054-N, *United States v. Daniel Rey Settle*, the prosecution of the defendant for a violation of 18 U.S.C. § 1591(a)(1) & (b)(1), that is, Sex Trafficking, by regularly communicating, or communicating through other persons, with Adult Victim 1 ("AV1") to influence the testimony of AV1.

In violation of 18 U.S.C. § 1512(c)(2), the penalty for which is found at 18 U.S.C. § 1512(j).

**Fourth Superseding Indictment—Page 2**

Forfeiture Notice
(18 U.S.C. § 1594(d), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Fourth Superseding Indictment, and pursuant to 18 U.S.C. § 1594(d), the defendant, **Daniel Rey Settle a.k.a. "Polo,"** shall forfeit to the United States (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

Upon conviction for the offense alleged in Count Two of this Fourth Superseding Indictment, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant, **Daniel Rey Settle, a.k.a. "Polo,"** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL:

*[signature]*
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*[signature]*

Myria Boehm
Texas State Bar No. 24069949
Jordan Ganz
Texas State Bar No. 24116408
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:  214-659-8600
Email:  myria.boehm@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

DANIEL REY SETTLE a.k.a. "POLO"

---

FOURTH SUPERSEDING INDICTMENT

18 U.S.C. § 1591(a)(1) & (b)(1)
Sex Trafficking
(Count 1)

18 U.S.C. § 1512(c)(2)
Obstruction of an Official Proceeding
(Count 2)

18 U.S.C. § 1594(d), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

DALLAS                    *Charles Stewart*                    FOREPERSON

Filed in open court this 15 day of November, 2022.

---

**Defendant in Federal Custody since 2/25/2021.**

---

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:21-CR-00054-N