THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 3:21-cr-00054-N |
| DANIEL REY SETTLE | | |

<u>**DEFENDANT DANIEL REY SETTLE'S UNOPPOSED**</u>

<u>**MOTION TO CONTINUE**</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT CHIEF JUDGE DAVID C. GODBEY:**

  **COMES NOW, DANIEL REY SETTLE,** Defendant in the above styled and numbered cause and files his Unopposed Motion to Continue and in support thereof would show the Court as follows:

**I.**

1. Defendant Settle is charged in a criminal indictment with Sex Trafficking, Obstruction and Obstruction of Official Proceedings.

2. This matter is currently set for trial on **May 1, 2023**. Counsel for Defendant Settle seeks a continuance of this matter because he needs additional time to review the discovery in this case.

3.  Counsel has received transcripts. Counsel has received discovery. Counsel needs to research various pretrial issues, conduct factual investigation, and prepare for trial. Mr. Settle and he has consented to this continuance.

## II.

This continuance is not sought for the purpose of delay but in the interest of justice. The continuance will permit counsel to effectively represent his client and to handle a few other pending legal matters.  The defendant request that the Court continue this matte to July 2023.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that his unopposed motion to continue be **GRANTED**.

Respectfully submitted,
*/s/Russell Wilson II*
RUSSELL WILSON II
Texas State Bar No. 00794870
The Law Offices of Russell Wilson II
1910 Pacific Ave. Suite 12050
Dallas, Texas 75201
469-573-0211
972-704-2907 (FAX)
russell@russellwilsonlaw.com
Attorney for Defendant
**DANIEL REY SETTLE**

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2023, a true and correct copy of the above and foregoing document was served on all parties via ECF.

*/s/Russell Wilson II*
RUSSELL WILSON II

## CERTFICATE OF CONFERENCE

Prior to filing this motion, I conferred with counsel for the government and the government is not opposed.

*/s/     Russell Wilson II*
RUSSELL WILSON II

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 3:21-cr-00054-N |
| DANIEL REY SETTLE | | |

## CONSENT TO MOVE TRIAL TO JULY 2023

I Daniel Settle being fully informed of my rights under the Speedy Trial Act and understanding that the Court has set this matter for trial on May 1, 2023 consent to having my trial in this matter moved to July of 2023.

_____
Daniel Settle