# THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| UNITED STATES OF AMERICA | § § § | |
|---|---|---|
| v. | § | NO. 3:21-cr-00054-N |
| | § § | |
| DANIEL REY SETTLE | § | |

## DEFENDANT DANIEL REY SETTLE'S EXHIBIT LIST

**COMES NOW, DANIEL REY SETTLE,** Defendant in the above styled and numbered cause and files his trial Memorandum to assist the Court in ruling on the

| EXH NUM | DESCRIPTION | OFFERED | AGREED | ADMIT |
|---|---|---|---|---|
| 1. | Text Messages from AV1 | | | |
| 2. | Jail Call Intro | | | |
| 3. | Call between Settle and AV1 Gov 002393 | | | |

| | | | | |
|---|---|---|---|---|
| **3a** | I am not a victim- AV1 | | | |
| **3b** | Have they given me anything- AV1 | | | |
| **3c** | They will put another charge on me | | | |
| **3d** | Av1- they are the ones doing the harm | | | |
| 3e | AV1- I don't know what they heard | | | |
| 4. | Photographs | | | |
| 5. | Manifestation Citation | | | |
| 6. | Jail Call 298 | | | |
| 7. | Jail Call 301 | | | |

| 8.  | Jail Call 304 | | | |
|-----|---------------|-|-|-|
| 9.  | Jail Call 308 | | | |
| 10. | Jail Call 317 | | | |
| 11. | Jail Call 324 | | | |
| 12. | Jail Call 326 | | | |

Respectfully submitted,
*/s/Russell Wilson II*
RUSSELL WILSON II
Texas State Bar No. 00794870
The Law Offices of Russell Wilson II
1910 Pacific Ave. Suite 12050
Dallas, Texas 75201
469-573-0211
972-704-2907 (FAX)
russell@russellwilsonlaw.com
Attorney for Defendant
**DANIEL REY SETTLE**

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2023, a true and correct copy of the above and foregoing document was served on all parties via ECF.

*/s/Russell Wilson II*
RUSSELL WILSON II