THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:21-cr-00054-N |
| | § § | |
| DANIEL REY SETTLE | § | |

## DEFENDANT DANIEL REY SETTLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

**TO THE HONORABLE UNITED STATES DISTRICT COURT CHIEF JUDGE DAVID C. GODBEY:**

**COMES NOW, DANIEL REY SETTLE,** Defendant in the above styled and numbered cause and files his Unopposed Motion to Extend the deadline to file objections to the presentence report and would show the Court as follows:

I.

1. The deadline to file the objections to the presentence report is today January 19, 2024.

2. Counsel has provided a copy of the presentence report to his client and has reviewed the report and identified a number of objections that will be lodged.

3. Prior to filing the objections counsel needs to visit with Mr. Settle regarding objections that he may wish to have raised.

4. Counsel's schedule has prevented that meeting from occurring.

5. Counsel requests that the Court extend the deadline to file objections to the presentence report until January 26, 2024.

6. This matter is currently set for sentencing on February 26, 2024.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that his unopposed motion to extend the deadline to file objections be **GRANTED**.

Respectfully submitted,
*/s/Russell Wilson II*
RUSSELL WILSON II
Texas State Bar No. 00794870
The Law Offices of Russell Wilson II
1910 Pacific Ave. Suite 12050
Dallas, Texas 75201
469-573-0211
972-704-2907 (FAX)

russell@russellwilsonlaw.com

Attorney for Defendant
**DANIEL REY SETTLE**

## CERTIFICATE OF SERVICE

This is to certify that on January 19, 2024, a true and correct copy of the above and foregoing document was served on all parties via ECF.

                              */s/Russell Wilson II*
                              RUSSELL WILSON II

## CERTFICATE OF CONFERENCE

Prior to filing this motion, I conferred with counsel for the government and the motion is unopposed.

                              */s/     Russell Wilson II*
                              RUSSELL WILSON II