IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:21-cr-00054-N |
| | § | |
| DANIEL SETTLE | § | |

### DEFENDANT DANIEL SETTLE'S MOTION TO CONTINUE SENTENENCING

**TO THE HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE DAVID GODBEY:**

**NOW COMES** DANIEL SETTLE and files this his motion for continuance of his sentencing in this matter and would show the Court as follows:

**I.**

This matter is currently set for sentencing on **February 26, 2024, at 9:00 a.m.**

**II.**

On February 25, 2024, in preparation for todays sentencing Mr. Settle brought some additional matters to counsel's attention. Counsel is requesting a brief continuance of this matter to address the issues and ensure that all information relevant to sentencing is before the Court at the time of sentencing.

**WHEREFORE**, the defendant prays that the Court continue this matter for at least three weeks.

Respectfully submitted,

By:  Russell Wilson II
Russell Wilson II
Texas Bar No. 00794870
Email:  russell@russellwilsonlaw.com
1910 Pacific Avenue, Ste. 12050
Dallas, TX 75201
Tel. 469-573-0211
Fax. 972-704-2907
Attorney for Defendant
DANIEL SETTLE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached pleading was served on counsel for the government.

/S/ Russell Wilson II
Russell Wilson II

## CERTIFICATE OF CONFERENCE

I conferred with counsel for the government regarding this Motion and counsel indicated to me that she opposed the motion.

/S/Russell Wilson II
Russell Wilson II