# United States Court of Appeals
# for the Fifth Circuit

No. 24-10207
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 20, 2025
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DANIEL REY SETTLE,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-54-1

Before HIGGINBOTHAM, JONES, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 24-10207

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued
as the mandate on** Mar 14, 2025

**Attest:**    *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 14, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10207   USA v. Settle
                       USDC No. 3:21-CR-54-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Melissa B. Courseault, Deputy Clerk
                       504-310-7701

cc:
    Mr. Stephen S. Gilstrap
    Ms. Erin Elizabeth Kelley
    Ms. Amy Jeannine Mitchell